# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-00607 |
| ) | Judge Campbell |
| APPLE INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The plaintiff, proceeding *pro se*, is a resident of Davidson County. The plaintiff seeks recourse against "Apple Inc." due to damages he claims are the result the lack of pornography filters on Apple devices. (Docket No. 1).

The plaintiff has submitted an application to proceed *in forma pauperis*. (Docket No. 2). However, the court is unable to rule on the plaintiff's application to proceed *in forma pauperis* at this time. The plaintiff states that he received income from disability payments over the past twelve months in the amount of $2700 per month[1] but the plaintiff does not expect to receive disability payments over the next twelve months. (Docket No. 1 at p. 2). If the plaintiff has no source of projected income, as is indicated by his pauper application, the plaintiff does not explain how he is making financial ends meet given that he states that his monthly expenses for food and transportation total $1500 per month. Further, the plaintiff states that he has $600 in a checking account, which is more than enough to pay the civil filing fee in this case. (Docket No. 2 at p. 5).

The plaintiff is directed to file with the court, within ten (10) days of the entry of this order,

---

[1] While the application indicates that the plaintiff received some disability payments over the past year, the plaintiff's answer, "Yes/Unknown $2700," is less than clear as to the source, amount, and duration of the payments. (Docket No. 2 at p. 2).

a signed statement setting forth with specificity (as detailed as possible) the **sources** and **amounts** of any and all income, benefits, or assets he expects to use to support himself for the next twelve (12) months, including, but not limited to: regular wages, disability benefits, Supplemental Security Income (SSI) payments, food stamps, worker's compensation, unemployment compensation, real and personal property, assistance from family or friends, etc. The court needs this information so that the court can assess whether the plaintiff is entitled to pursue his lawsuit against Apple, Inc. without having to incur the costs associated with filing and prosecuting a federal lawsuit.

The plaintiff is forewarned that failure to provide the required information within the time frame specified will result in the denial of his application to proceed *in forma pauperis*. Because this action cannot proceed until either (1) the plaintiff's application to proceed *in forma pauperis* is granted, or (2) he pays the civil filing fee, should the plaintiff fail to submit the requested information <u>or</u> to pay the filing fee within the time frame specified, any limitations period applicable to this action will no longer be tolled, and the plaintiff's lawsuit could be dismissed.

It is so **ORDERED**.

_Todd Campbell_
Todd J. Campbell
United States District Judge