CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203
OFFICIAL BUSINESS

Chris Sevier
3416 Hampton Avenue
Nashville, TN 37212

RECEIVED IN CLERK'S OFFICE
JUL 08 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

NIXIE
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

neopost
$00.460
Mailed From 07/01/2013 37203
US POSTAGE

DISTRICT COURT
CT OF TENNESSEE
LE DIVISION

)
)
)
)
)   No. 3:13-cv-00607
)   Judge Campbell
)
)
)
)

D E R

sident of Davidson County. The plaintiff seeks

laims are the result the lack of pornography filters

to proceed *in forma pauperis*. (Docket No. 2).

iff's application to proceed *in forma pauperis* at

ne from disability payments over the past twelve

ie plaintiff does not expect to receive disability

No. 1 at p. 2). If the plaintiff has no source of

lication, the plaintiff does not explain how he is

es that his monthly expenses for food and

plaintiff states that he has $600 in a checking

l filing fee in this case. (Docket No. 2 at p. 5).

, within ten (10) days of the entry of this order,

---

[1] While the application indicates that the plaintiff received some disability payments over the past year, the plaintiff's answer, "Yes/Unknown $2700," is less than clear as to the source, amount, and duration of the payments. (Docket No. 2 at p. 2).