CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE

JUL 08 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

7011 2970 0000 1359 5967

CERTIFIED MAIL™

Chris Sevier
3410 Hampton Avenue
Nashville, TN 37212

NIXIE        372        4E    1009        7207/06/13
          RETURN TO SENDER
          INSUFFICIENT ADDRESS
          UNABLE TO FORWARD
BC: 37203                    *1559-08905?-02-36

neopost
Mailed From 37203
07/01/2013
US POSTAGE    $06.110

; DISTRICT COURT
CT OF TENNESSEE
LE DIVISION

)
)
)
)
)                    No. 3:13-cv-00607
)                    Judge Campbell
)
)
)
)

D E R

esident of Davidson County.  The plaintiff seeks

claims are the result the lack of pornography filters

on to proceed *in forma pauperis*.  (Docket No. 2).

ntiff's application to proceed *in forma pauperis* at

ome from disability payments over the past twelve

. the plaintiff does not expect to receive disability

et No. 1 at p. 2).  If the plaintiff has no source of

pplication, the plaintiff does not explain how he is

tates that his monthly expenses for food and

the plaintiff states that he has $600 in a checking

ivil filing fee in this case.  (Docket No. 2 at p. 5).

ourt, within ten (10) days of the entry of this order,

..ne application ....... .... ... p....... received some disability payments over the past year, the plaintiff's answer, "Yes/Unknown $2700," is less than clear as to the source, amount, and duration of the payments. (Docket No. 2 at p. 2).