FILED

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

2013 JUL 22 PM 2: 57

U.S. DISTRICT
MIDDLE DISTRICT OF TN

| | ) | |
|---|---|---|
| Chris Sevier | ) | CASE NO: 3:13-0607 |
| Plaintiff | ) | |
| | ) | |
| V. | ) | The Honorable Chief Judge |
| | ) | Campbell |
| Apple Inc. | ) | |
| | ) | JURY DEMAND |
| Defendant | ) | |
| | ) | |
| | ) | |

## RESPONSE TO ORDER OR ALTERNATIVELY NOTICE OF FILING: EX PARTE RESPONSE TO THE ORDER REGARDING THE FILING FEE

*"Let everyone be subject to the governing authorities, for there is no authority except that which God has established. The authorities that exist have been established by God." Romans 13:1*

NOW COMES I, Chris Sevier, respectfully, in response to the order issued by this Court. I filed have filed the fee based on the Courts reasoning in its order. Additionally, I strictly complied to further verify that this cases was not brought primarily financial considerations but out of regard for sex trafficking victims, children who are being exploited in child porn. This lawsuit is about saving marriages, protecting families, and asking the Court to protect us from being harmed by products sold by Apple. The war on sex is bad enough. We need to stop the war on sex trafficking by cutting the head off the snake, which we have the opportunity to do here before this Honorable Court. My personal bank account is incidental to the significance of this matter the impact of this lawsuit to hold Apple accountable for violating the laws in providing

Page 1 of 2

illicit material to minors. I've been involved in plenty of lawsuits were scales were unbalanced given different considerations, and I am determined that this is not going to be one of them. The are children being exploited, their are girls overseas who are being victimized by men who got their start looking at porn, there are crime organizations associated with porn that need to be stopped. This lawsuit was filed for good cause, and I am zealously committed to making Apple comply with indecency laws and common sense in requiring that they sell their products on safe mode. My opponents will use red herrings, misdirection, and reframing of this lawsuit to make it about something that it is not. This is not about my EDM band Ghost WARs, it is not about money, it is about helping the oppressed, the victimized, and strengthening the fabric of our world. The trivial filing fee is a senseless consideration compared to what I have set out to accomplish in an effort to be made whole again.

s/Chris Sevier Esq./
BPR#026577
ghostwarsmusic.com
615 500 4411
ghostwarsmusic@gmail.com
facebook.com/ghostwarsmusic

"Give back to Caesar what is Caesar's and to God what is God's." Mark 12:17.