FILED
2013 JUL 23 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| Chris Sevier<br>Plaintiff<br><br>V.<br><br>Apple Inc.<br><br>Defendant | CASE NO: 3:13-cv-00607<br><br>The Honorable Chief Judge Campbell<br><br>JURY DEMAND |

## MOTION TO HAVE ACCESS TO ECF PACER

NOW COMES I, Chris Sevier, pursuant to local rule 5.03, Administrative order 167 (ECF) and under the petition and access clause of the 1st Amendment of the Constitution of the United States and states, I request access to PACER and the right to file motions through ECF. This Honorable Court might recall that I have some prior experience with PACER.

Three considerations that could adversely impact the Court's decision should be addressed.

1. FRAMED BY JOHN RICH: The Court may be aware that I was recently framed for felony stalking by Celebrity Apprentice winner and Country Singer, John Rich, the same week that the media covered the filing of this action. Poor Rich and his immoral attorney Cyndi McKeznie, used the frivolous civil lawsuit that was before this Court that I removed from state court in the

spring of 2011, as a platform to lodge false criminal charges against me to discredit me in the media, which demonstrates from the horses mouth that Mr. Rich was setting me up. The document, itself, is a motion pending that Honorable Senior Judge Harris, to do away with Mr. Rich and his fraudulent legal tactics. I bring this up because I don't want those matters which have been proliferated in the media to impact this Court.

2. I need PACER access because I am all over the world doing missions, fighting sex trafficking, working in prison ministry, and making music that I that donate to charities.

In the past eight months I've lived in Haiti, Peru, Ireland, London, Hollywood, New York, Miami, Austin, and elsewhere. I'm more mobile that Apple's lawyers.

3. This Court does not need to honor or ratify the Tennessee Supreme Court's service discrediting decision that amounted to discrimination against a combat veteran. The fact that I am practicing law and capable of PACER responsibilities is demonstrated in that the Court is reading this sentence.

This Court was aware of my lawsuit against Nancy Jones, Krisann Hodges, John Rich, and Cyndi McKenzie that was filed in May 2011. Shortly, thereafter, Krisann Hodges took my war medical records out of context to compel the Tennessee Supreme Court to force medically deactivate my law license to accomplish what she and others could have never accomplished at law. I have to believe that the Tennessee Supreme Court did so because its was somehow trying to protect me. But my opponents behind that action have used that erroneous decision as a spear in attempting to convince the community that I am some "mentally ill stalker perverted stalker" who is out for money. Meanwhile, nothing could be farther from the truth. The truth is that Mr. Rich has employed publicists to launch a smear campaign to impeach my allegations against him

that expose him to be the fraudulent scoundrel that he is. The fact that John Rich would hire a publicists to cast this lawsuit in a false light, when I am clearly not only advocating my interest but the interest of sex trafficking victims, children, families, and law enforcement, goes to show that we need to safe guards to protect our hearts, as I reasonably propose in this sensible lawsuit.

These relevant considerations should not cause this Court to deny this sensible request.

Respectfully Submitted,

s/Chris Sevier/
ghostwarsmusic.com
615 500 4411
ghostwarsmusic@gmail.com
facebook.com/ghostwars
http://www.youtube.com/watch?v=PEKCM4zXV3E

s/Chris Sevier/
ghostwarsmusic.com
615 500 4411
ghostwarsmusic@gmail.com
facebook.com/ghostwars
http://www.youtube.com/watch?v=PEKCM4zXV3E



**CERTIFICATE OF SERVICE:**
I, Chris Sevier, warrant that this offer will be given to offer with service of process of the complaint.