IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

FILED
2013 JUL 2 6 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | |
|---|---|
| Chris Sevier <br> Plaintiff <br><br> V. <br><br> Apple Inc. <br><br> Defendant | CASE NO: <br><br> The Honorable Chief Judge Campbell <br><br> JURY DEMAND |

## MOTION FOR REDACTION AND NOTICE OF CHANGE

NOW COMES I, Chris Sevier, pursuant to Fed. R. Civ. P. 5.2 and the policy and procedures for electronic filings and states: I would like to have the prior temporary address listed in this action redacted given the amount of threatening letters that have been to it by porn addicts. I have moved mailing addresses entirely to music row: **9 Music Sq S, Nashville, TN 37203.** See Memorandum in support and exhibits.

Respectfully Submitted,

s/Chris Sevier/
ghostwarsmusic.com
615 500 4411
ghostwarsmusic@gmail.com
facebook.com/ghostwars
http://www.youtube.com/watch?v=PEKCM4zXV3E
9 Music Sq S
Nashville, TN 37203



CERTIFICATE OF SERVICE:
I, Chris Sevier, warrant that this offer will be given to offer with service of process of the complaint.