# Google

Exhibit 2

## Gmail

**COMPOSE**

Inbox (101)

Starred

Important

Sent Mail

**Drafts (61)**

Circles

BOOKING

Notes

More



Search people...

    Approaching Nirvana
    Bar None
    OS
    ajackson@mckenz...
    Charles Dew
    cmckenzie@mcke...
    Kirby Sevier
    Krisann Hodges
    TheChainsmokers ...
    Zach Hinkle

Get 20 Free MLM Leads - OnlineMLMLeads.com - Online Special: 20 Free Leads Plus

**(no subject)**    Inbox  x

**Mr. X** <xofregina@hotmail.com>
to me

Dear Lunatic:

First of all, let's get something straight. You are NOT Chris Sevier, Esq. You ar your stalking, of course.

Maybe in your sick, twisted little mind you think you can get Apple to cower fron ass to you in a hat. Not only will you NOT get a dime from Apple for your insan

I look forward to your continuing public humiliation. In the meantime, I think I'll with a one inch dick like yourself.

Go fuck yourself.

Cordially,

X


Mr. X has no affiliation with Apple, Inc. and does not represent the managemen


**Chris Sevier** <ghostwarsmusic@gmail.com>
to X

Nice, thank you, I'll print this exhibit to present in Court to Chief Judge Campbe

Chris
soundcloud.com/ghostwars


Click here to Reply or Forward