*exhibit 3*

Dear Chris:

Yes, I heard on David Letterman and Jay Leno that you had filed a lawsuit against Apple because of your porn problem.

Mama always said, " The fattest people in the USA live in Tennessee, and the dumbest people in the world live in Tennessee'. Mama was right.

At least you are the fodder of late night shows talking about what an idiot you are. I sent them your address so they can publish it on the air. I pity your children. And I pity your wife. God what a nightmare to be married to you.

So go grab your cock, grab a Diet Coke, and go jerk off to your porn addiction. You have to be the biggest fucking idiot in the world.

Good luck ass wipe. Jerk that cock hard. Jerk it till it hurts you fucking idiot.

So long ass wipe.


~~Karl Kelly~~
~~P O Box 97~~
~~47 Route 4~~
~~Castleton, Vermont~~ 05735