WHITE RIV JCT VT 050

20 JUL 2013 PM 1 L



Chris Sevier, Esq.





|..||.|....|.|.|...||.|.|....||.|..||....|.|....||.||....|.||

Case 3:13-cv-00607   Document 13-3   Filed 07/26/13   Page 1 of 1 PageID #: 321