

Case 3:13-cv-00607  Document 9  Filed 07/23/13  Page 1 of 1 PageID #: 74