**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

2013 JUL 23 DB

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | |
|---|---|
| Chris Sevier<br>Plaintiff<br><br>V.<br><br>Apple Inc.<br><br>Defendant | CASE NO: 3:13-cv-00607<br><br>The Honorable Chief Judge<br>Campbell<br><br>JURY DEMAND |

**ORDER:
Motion granted to file through ECF.**

*E. Clifton Knowles*
U.S. Magistrate Judge

## MOTION TO HAVE ACCESS TO ECF PACER

NOW COMES I, Chris Sevier, pursuant to local rule 5.03, Administrative order 167 (ECF) and under the petition and access clause of the 1st Amendment of the Constitution of the United States and states, I request access to PACER and the right to file motions through ECF. This Honorable Court might recall that I have some prior experience with PACER.

Three considerations that could adversely impact the Court's decision should be addressed.

1. FRAMED BY JOHN RICH: The Court may be aware that I was recently framed for felony stalking by Celebrity Apprentice winner and Country Singer, John Rich, the same week that the media covered the filing of this action. Poor Rich and his immoral attorney Cyndi McKeznie, used the frivolous civil lawsuit that was before this Court that I removed from state court in the