**FILED**

COURT FOR THE MIDDLE DISTRICT OF
\SHVILLE DIVISION

2013 JUL 23 DB

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

CASE NO: 3:13-cv-00607

The Honorable Chief Judge
Campbell

JURY DEMAND

ORDER:
Motion granted to file through ECF.

*[signature]*

U.S. Magistrate Judge

ACCESS TO ECF PACER

CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203
OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
AUG 06 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

REASON CHECKED
REFUSED
UNCLAIMED
ATTEMPTED NOT KNOWN
INSUFFICIENT ADDRESS
NO SUCH STREET NUMBER
MOVED, LEFT NO ADDRESS
MOVED, NOT FORWARDABLE

*Please advise correspondents to use complete address including box number. Mail without # may be delayed.*

Chris Sevier

neopost
Mailed From 37203
08/02/2013
$00.460
US POSTAGE

uant to local rule 5.03, Administrative order 167

se of the 1st Amendment of the Constitution of the

PACER and the right to file motions through ECF.

some prior experience with PACER.

lversely impact the Court's decision should be

lay be aware that I was recently framed for felony

~~Country Singer, John Rich, the same week that the~~

Rich and his immoral attorney Cyndi McKeznie,

re this Court that I removed from state court in the

Page 1 of 4