```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


CHRIS SEVIER                   )
                               )
v.                             )   Civil Action No. 3:13-0607
                               )   Judge Campbell/Knowles
APPLE, INC.                    )
```

## O R D E R

The Plaintiff, proceeding pro se, filed a Complaint on June 19, 2013 (Docket Entry No. 1). Judge Campbell entered an Order directing Plaintiff to file a supplement to his Application for Leave to Proceed *In Forma Pauperis* or pay the civil filing fee. Docket No. 3. Plaintiff paid the filing fee on July 22, 2013.

There is no indication in the file that the Defendant has been served with the Summons and Complaint. Additionally, the record does not reflect that a summons has ever been issued in this case.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> ***Time Limit for Service.*** *If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period*

Within twenty (20) days of the date of entry of this Order, therefore, Plaintiff shall file a written statement showing good

cause for his failure to serve the Defendants within 120 days after the filing of the Complaint. If Plaintiff fail to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

    IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge