IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) CASE NO. 3:13-0607 |
| vs. | ) JUDGE CAMPBELL/KNOWLES |
| | ) |
| | ) |
| APPLE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court previously entered an Order requiring Plaintiff to show good cause for his failure to serve Defendant within 120 days after the filing of the Complaint, pursuant to Fed. R. Civ. P. 4(m). Docket No. 24. Plaintiff has filed a Response to the Order.[1] Docket No. 25. It is questionable whether Plaintiff's explanations show good cause for his failure to serve Defendant in a timely fashion. Nevertheless, the Court will allow Plaintiff additional time to serve Defendant, to and including December 2, 2013. If Plaintiff fails to serve Defendant within that time period, the undersigned will recommend that this action be dismissed.

---

[1] Plaintiff's Response is headed "Response to the Magistrate Judge's Request for an Explanation Regarding the Delay in Service of Process." Docket No. 25. The Court's previous Order, however, was clearly headed "ORDER." Docket No. 24. Plaintiff is advised that the Court typically enters Orders; it does not make requests. Plaintiff is further advised that his case is subject to dismissal for failure to follow the Court's Orders.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　E. Clifton Knowles
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge