AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____
Chris Sevier
Plaintiff

v.   Civil Action No. 3:13 cv 00607

_____
Apple + Hewlett Packard
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hewlett Packard
3000 Hanover St
Palo Alto CA 94304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**
*CLERK OF COURT*

Date: NOV 2 2 2013

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

RECEIVED
IN CLERK'S OFFICE

NOV 21 2013

U. S. DISTRICT COURT
MID. DIST. TENN.

Chris Sevier
_____
Plaintiff

v.

Apple, & Hewlett Packard
_____
Defendant

Civil Action No. 3:13 cv 00607

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Apple Inc.
~~Cupertino~~ 7 Infinity loop
Cupertino, CA 95014
~~Hewlett Packard 3000 Hanover St Palo Alto, CA 94304~~

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

CLERK OF COURT

Date: NOV 22 2013

_____
*Signature of Clerk or Deputy Clerk*