UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Chris Sevier, | ) |
| | ) Case No. 3:13-cv-0607 |
| Plaintiff, | ) |
| | ) Judge Campbell |
| v. | ) Magistrate Judge Knowles |
| | ) |
| Apple, Inc., et al., | ) |
| | ) |
| Defendants | ) |

## DENIAL OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default (Docket Entry No. 51) against Defendants Apple, Inc., and Hewlett Packard Company. The motion is denied as Defendants moved for and received an extension of time from the Court (Docket Entries 38 & 41). Defendants filed a motion to dismiss (Docket Entry No. 60) within the time frame permitted by the Court. Therefore no default is warranted.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court