# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 3:13-CV-607 |
| } | |
| APPLE INC., et al., } | District Judge Todd J. Campbell |
| } | Magistrate Judge E. Clifton Knowles |
| Defendants. } | |

## APPLE INC. AND HEWLETT-PACKARD COMPANY'S
## NOTICE OF FILING EXHIBITS

Pursuant to the Docket Annotation, entered on February 5, 2014, Defendants Apple Inc. and Hewlett-Packard Company respectfully submit the attached exhibits, which were originally filed with the Memorandum in Support of the Motion to Stay Discovery. [Doc. #74].

Respectfully Submitted,

Dated: Wednesday, February 5, 2014

/s/ Sara A. Ford<br>
One of the Attorneys for Apple Inc. and<br>
Hewlett-Packard Company

OF COUNSEL:
Sara A. Ford (admitted pro hac vice)
*sford@lightfootlaw.com*
Jeffrey P. Doss (admitted pro hac vice)
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

Thomas A. Wiseman III, #11738
*tom@wisemanashworth.com*
WISEMAN ASHWORTH LAW GROUP PLC
511 Union Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 254-1877
Facsimile: (615) 254-1878

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following through this Court's electronic filing system on this 5th day of February, 2014:

Chris Sevier
Unit 247
9 Music Square South
Nashville, Tennessee 37203

/s/ Sara A. Ford
OF COUNSEL