# EXHIBIT A

**From:** Chris Sevier [mailto:ghostwarsmusic@gmail.com]
**Sent:** Wednesday, December 18, 2013 1:46 PM
**To:** Sara A. Ford
**Subject:** Re: Sevier v. Apple and HP

Extension of time request denied entirely. I will move for default on Christmas day, if a response is not filed within the 20 day threshold. The lawsuit has been on file since June of 2013. Apple spokes persons have made comments about the lawsuit to the media. Therefore, they have been well aware of this action for seven months.

I'm familiar with practicing law before judge campbell and mentioning whether I agreed to extension of time or not will not be impressive.

Secondly, to practice law in the middle district of tennessee you must be licensed there. I do not believe you are licensed to practice law in the state of Tennessee, and therefore, your representation in this is invalid, and reportable to the BPR. At every turn any attempt to oppose my demands here will be met with extreme pugilism. Expect acrimonious litigation at levels you have not experienced. This is not Alabama.