# EXHIBIT B

From: Chris Sevier [mailto:ghostwarsmusic@gmail.com]
Sent: Wednesday, December 18, 2013 1:55 PM
To: Sara A. Ford; bhambusiness@al.com; APNASHVILLE@ap.org; agold@nashvillescene.com; Tamburin, Adam; rseditors@rollingstone.com; readers@forbes.com; Melea Stephens; phough@winst.org; fccinfo@fcc.com; Tom.Wheeler@fcc.gov; jsekulow@action.aclj.org; info@ap.org; losanglese@ap.org; alabama@ap.org
Subject: second demand

Sara, if Apple and HP refuse to accept this settlement offer, I ask that you resign as counsel in protest because you do not want to advocate a policy that promote sex trafficking, child pornography, and the devise of families. As one lawyer to another, there is more to life than making money. You should not justify representing Apple and HP in such a matter that goes so far against decency and common sense. You do not want that on your soul. Apple and HP may hold themselves out as family oriented companies, but if they refuse to comply with my demand in the rule 68 offer of settlement, they place their own self-interested greed over interest of their customers.

Chris
Zealous Advocate
9 Music Square South
Nashville, TN 37203
615 500 4411
Ghost WARS
Law-firm of Acrimonious Pugilism fighting tooth and nail.com
Welcome to Tennessee