# EXHIBIT C

Chris Sevier Esq.





Chris Sevier Esq. | Timeline ▾ | 2013 ▾



**Chris Sevier Esq.**
December 19, 2013

Here is the SETTLEMENT OFFER FOR APPLE AND HP.

What are your thoughts?
The lawyer for Apple can be emailed here:
sford@lightfootlaw.com

Hey Sara, the preliminary question is will Apple and HP agree to what I proposed in my recommend rule 68 offer of settlement that I filed with the District Court?

Here is the proposed settlement offer written here again under rule 408 of the TN Fed rules of evidence.

Offer:
I want Apple and HP to both agree that going forward they will install preset filters on their devices that automatically make reasonable attempt to block out pornographic content, when the customer connects to the internet. If the purchaser is over 18, and wants to remove the filter, they must be required to provide proof that they are over 18, at which time Apple and HP can provide them with a password to disable to filter. As the British Prime Minister said, "what a minor cannot get in a store, they should not have access to online."

---



**Chris Sevier Esq.** was with Ghost WARS.
November 6, 2013

Like · Comment · Share



