# EXHIBIT D

**From:** Chris Sevier <ghostwarsmusic@gmail.com>
**Date:** December 24, 2013 at 4:00:55 AM CST
**To:** "Sara A. Ford" <sford@lightfootlaw.com>
**Subject: warning to self-disqualify immediately**

I warning you Sara, get out of this case, and do it now, or I'll make you famous.

You have never litigated a case like this believe me. Importantly, what does HP and Apple have to say about the Rule 68 proposed settlement offer.

Google is being responsive. I am not very patient.

Xo
Chris