# EXHIBIT E

From: "Chris Sevier" <ghostwarsmusic@gmail.com>
To: "Sara A. Ford" <sford@lightfootlaw.com>
Subject: eyes on

you probably need to see these as well, given the motion to consolidate the actions. I haven't even begun to bang the drum. Every day you do not respond to my request to provide an answer concerning my rule 68 request, I green light another project to help your clients make that decision. Just know, in your heart that if you attempt to defend Apple and Hewlett-Packard, you will be famous.