# EXHIBIT F

**From:** Chris Severe [mailto:ghostwarsmusic@gmail.com]
**Sent:** Monday, January 27, 2014 8:26 PM
**To:** Sara A. Ford
**Subject:** Welcome to the lions den - written pursuant to rule 408

Hey Professor of Smut,

any developments of material impact besides the fact that you are an advocate of child rape, sex trafficking, prostitution, the demise of guise, the objectification of women, and advocating the express interest of Satin himself, while praying that I memorialize you and your sad clients on the wrong side of history in this life and the one to come?

If so, speak quick, if not, best be holding on to your hat dear because our sovereign Lord is always at work to oppose the proud, as will be demonstrated.

Best,
Lieutenant

written pursuant to Rule 408