# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CHRIS SEVIER,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | } Case No.: 3:13-CV-607 |
| | } |
| **APPLE INC., et al.,** | } **District Judge Todd J. Campbell** |
| | } **Magistrate Judge E. Clifton Knowles** |
| **Defendants.** | } |

## APPLE INC. AND HEWLETT-PACKARD COMPANY'S
## OPPOSITION TO THE MOTION FOR ORAL ARGUMENT

Defendants Apple Inc. ("Apple") and Hewlett-Packard Company ("HP") oppose the Motion for Oral Argument, [Doc. #94], filed by Plaintiff Chris Sevier on May 6, 2014. In further support, Apple and HP state as follows:

1.  Pursuant to L.R. 78.01, Mr. Sevier has requested oral argument on his Motion for Preliminary and Permanent Injunction, [Doc. #86], which he filed on April 10, 2014. On April 24, 2014, Apple and HP responded to that motion, [Doc. #90], and on May 5, 2014, Mr. Sevier submitted a reply. [Doc. #91].

2.  The matters addressed in the Motion for Preliminary and Permanent Injunction have been adequately briefed for this Court in the Motion, the Response, and the Reply as well as in the Opposition to the Motion for Leave to File a Second Amended Complaint, [Doc. #72], filed by Apple and HP on February 4, 2014. Based on the pleadings, the record amply demonstrates that the Motion for Preliminary and Permanent Injunction should be denied, and

1

the issues involve settled principles of federal and state law. In short, oral argument would not be "appropriate" or "beneficial."[1]

Accordingly, Apple and HP respectfully request that the Court deny the Motion for Oral Argument.

Respectfully Submitted,

Dated: Tuesday, May 20, 2014

/s/ Sara A. Ford
One of the Attorneys for Apple and HP

OF COUNSEL:
Sara A. Ford (admitted pro hac vice)
*sford@lightfootlaw.com*
Jeffrey P. Doss (admitted pro hac vice)
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

Thomas A. Wiseman III, #11738
*tom@wisemanashworth.com*
WISEMAN ASHWORTH LAW GROUP PLC
511 Union Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 254-1877
Facsimile: (615) 254-1878

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following through this Court's electronic filing system on this 20th day of May, 2014:

Chris Sevier
Unit 247
9 Music Square South
Nashville, Tennessee 37203

/s/ Sara A. Ford
OF COUNSEL

---

[1] PRACTICE & PROCEDURE MANUAL FOR JUDGES & MAGISTRATE JUDGES FOR THE MIDDLE DISTRICT OF TENNESSEE – MAGISTRATE JUDGE E. CLIFTON KNOWLES at 3 ("Magistrate Judge Knowles grants oral argument when it is appropriate or when it would be beneficial.").