# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| **Chris Sevier** **Plaintiff** **V.** **Apple Inc, et al** **Defendants** | | **CASE NO: 3:13-cv-00607** **Honorable Judge Campbell** |

## DECLARATIONS OF CHRIS SEVIER THIRD

*"The greatest trick the devil ever pulled was convincing the world he didn't exist" Unusual Suspects*

Chris Sevier declares under the penalty of perjury, pursuant to 28 USC sec 1746, as follows:

1. On May 16th - 18th, I attended the Anti-Sex Trafficking Coalition gathering in Washington D.C.

2. I had a sole purpose there: to recruit victims to provide their testimony in this case so that this Court could get a better grasp of how terrible the pornography epidemic is decimating the lives of millions of people in this Country. I might be the only one who has brought a products liability lawsuit against device makers, for exposing us to damaging porn, but there are millions

of victims. Yet, due to shame and fear, most victims remain in the shadows too afraid to speak out. The truth is that whether or not any of the individuals I have asked to provide declarations decide to actually do so, should not have bearing the motion for an injunction one way or the other. The law is on my side, but I would like also prefer to take the Defendants emotional high ground by adding additional faces to my claims for the Court to consider.

3. Upon information and belief, the 12th step to any 12 step program is for the addict to help other addicts recover. By asking certain individuals to provide their declarations, I hope to create a scenario where they can better heal through affirmative action, as they take a meaningful step to prevent more destruction in the lives of others. Part of my intent behind filing this declaration is to further establish an atmosphere, where the victims of device maker's greed feel more comfortable about sharing there stories. The very idea of a Court of law is daunting for most people in society. Its not easy for people to come ford and speak about pornography from a first hand account in a public forum.

4. If the Court sides with me, and thus, sides against sex trafficking and child exploitation, credit will be exclusively deflected to the kinds of individuals, who have committed their lives to the long term fight against pornography, who step forward to attest. I have purposefully instructed the "would be" attesters that this Court of Honor would be delicate and respectful towards their courage to step forward and share their experience. I oh course on the other hand, do not mind a good thrashing from a Court on occasion, since it tends to make me a stronger fighter, since it is merely additional evidence that I am being persecuted for advancing truth, freedom, and fundamental American foundational values.

5. Another purpose of my filing this declaration is to help explain away some of the adverse

media coverage about me and to address the corruption through the District Attorney's office, Board of Professional Responsibility, and the Tennessee Supreme Court to the "would be" attesters. So, I address the proposed witnesses, under oath, here as equally as I do the Court. I do not want the attesters to not provide their testimonies because of things they have read on the internet, which were birthed out of egoism from political opponents. The evidence shows that my nefarious adversaries have spent hundreds of thousand of dollars and untold man hours to discredit me and impeach me to facilitate agendas that are predicated on self-absorption. While I feel honored that they would put me at the center of their universe, one could get the impression from the online filings that I am a "mentally ill, stalker, assaulter, disbarred, attorney, who masterminded the 911 attacks, and who shot JFK from the grassy knoll." Obviously, such false and slanderous allegations are equally false and ridiculously untrue. The herculean effort to impeach and discredit me, and the suggest of my adversaries is merely evidence of a dysfunctional justice system in the state of Tennessee and the wretched lack of character by state officials - especially prosecutors. I like many of the would be attesters, interfere with third parties addictions and their pride. This naturally provokes reprisal because the United States is living in a time of widespread deception and darkness.

6. Now, this Court, who I have immense respect for, might not believe in Spiritual warfare, but that does not mean that spiritual warfare does not believe in this case. We have to come to terms with the fact that the existence of evil is real in the same way that we must stop beating around the bush and acknowledge that we are sexual and spiritual beings. The existence of the Court itself is the by product of the existence of evil itself. Greed, pornography, and persecution are part of the enterprise of evil. This Court, above all, has direct and first hand knowledge that I am

a whistle blower and that I have been mercilessly and viciously persecuted and cast in a false light by those whose value system conflicts with my own. I am a proponent of the rule of law and the values of our founding Fathers. My adversaries subscribe to "the ends justify the means." I pursue honor; they pursue self-interests. This Court knows or should know all about Mr. Rich's malicious attempts create a bandwagon to discredit me through filing frivolous malicious prosecution lawsuit in civil Court. (Rich v. Sevier 10C4568). In that case, which was temporarily removed to this Court, I had Judge McClendon recused and replaced by the Honorable Senior Judge Harris (prior military), which instantly turned Rich/Sherwood McKenzie agenda on its ear. The evidence shows that senior Judge Harris has classified Rich's civil lawsuit as a malicious prosecution in and of itself. Once that became clear to Rich/Sherwood Mckenzie, they defaulted to plan B, and lodged false stalking claims against me to Metro and the Nashville District Attorney's office (because they are convinced that money, not justice, controls the state's justice system). The District Attorney's office was all too eager to jump on that bandwagon and expand the conflict because they are completely out of control and are operating without adequate accountability. Like in Iran, the Tennessee Justice system is being used to persecute me for advancing the values of our founding fathers.

7. Of course, the prospective testifiers, know nothing about the fact that I reported Mr. Rich and Mrs. Sherwood/McKenzie to the police in May 2009 for attempted bribery, intimidation of a witness, practicing law without a license, and obstruction of justice, when I was representing Country artist Jared Ashely as the defendant and plaintiff in John Rich litigation. The Assistant District Attorney assigned to investigation of the crimes I had reported was Assistant District Attorney Anton Jackson. ADA Jackson was friends with Mrs. Sherwood/McKenzie at time.

Ultimately, ADA Jackson (1) lied about the investigation developments to give Mrs. Sherwood ammo to harass me through the BPR; (2) he literally quit his job at the District Attorney's office and accepted a job at Mrs. Sherwood/McKenzie's firm; and (4) he had the gall to appear on behalf of Mr. Rich in his frivolous civil lawsuit 19C4568 as Mr. Rich's paid-for civil attorney. ADA Jackson's actions were executed in fulfillment of a quid pro quo contract. All of those activities were carried out in the open to send the message to me that the is no accountability over the District Attorney's office in the same way that the District Attorney's office has managed to work with Mr. Rich to build a false stalking case, as a form of payback. The corruption of the Nashville District Attorney's office is evidence that drastic reform is needed and that the demise of character in the United States is devastating our Nation.

8. Traditional members of society are not going to be in tune with the level of corruption that I have seen and personally experienced by those operating in Tennessee and Texas state level justice system, which is more on par with the policies in North Korea, then they are of America in the past, during our Grandfather's generation. Personally, I could care less about the unwarranted attempts to impeach my credibility so that people like Mr. Rich can have the footing to run for political office. But I do not want justice being obstructed due to egoism and greed.

9. Additionally, this Court is aware of my lawsuit against Nancy Jones and District Attorney's who were using their position of authority to interfere with existing civil litigation before Judge Haynes in a Declaratory Judgment Copyright case against poor Rich. In May 2011, I filed a lawsuit against Mrs. Jones, Mr. Rich, Mrs. Sherwood/McKenzie, and Mrs. Hodges that was assigned to this Court. The Court knows or should know that the BPR is an agent of the Tennessee Supreme Court and the decisions that they make are not necessarily in keeping with

actual justice but could very well be in keeping with what amounts to "game playing" and strategizing for judicial elections. The evidence shows that Nancy Jones, Chief of the BPR, was mismanaging her authority at the BRP to impress Neal & Harwell so that she could more properly jockey for a slot on the Court of appeals. The BPR blanketed me with false ethical inquiries in an effort to derail my civil litigation against Mr. Rich. Mrs. Jones was using every extortion-type tactic to twist my arm into accepting a public censure for something that I did not do. When I refused to confess to a single act of dishonesty because the confession itself would be the single act of dishonesty that I would have committed. Because the BRP were unable to generate grounds to impose disciplinary measures, Mrs. Jones and Mrs. Hodges moved to plan B. In an effort to hurt me, Mrs. Jones and Mrs. Hodges (1) violated HIPPA, (2) intercepted war records from Iraq, (3) flaunted these records before the Tennessee Supreme Court out of context to accomplish ends that could have never been achieved at a panel hearing before a ethics panel. At the time the Tennessee Supreme Court made its decision to deactivate my license for "medical reasons," my lawsuit against Mrs. Jones, Mr. Rich, Mrs. Hodges, Mr. Jackson, and Mrs. Sherwood/McKenzie was before this Honorable Court. The BPR is an agent of the Tennessee Supreme Court so the Court should have been completely conflicted out but the truth of the matter is that civil, ethical, and criminal courts in the state of Tennessee are hopelessly backwards and corrupt. Legislation should be promulgated to prosecute state officials who use a Soldiers service to his Nation in a foreign theater of war as a sword to prejudice his interest for personal gain. To suggest that these developments fail to pass the smell test is an understatement of a life time. To suggest that I will remain quiet about these outright corruption is something that my adversaries can simply forget about. It is not the individuals I have a problem with, it is

Page 6 of 30

the systematic flaws that produce people like that. One check that my adversaries can cash in the bank is that my voice will be heard so that others will not be persecuted for advancing the values of our founding fathers.

10. Yet, some forms of injustices may never be cured in this life time. Many seek an audience with a ruler, but it is from the LORD that one gets justice. Proverbs 29:26 I am definitely convinced that "being right is not what it is all cracked up to be." And yet, here I am asking these individuals to provide declarations under these circumstances. I am asking them to step in the ring of fire. But this fight is distinct from my prior controversies in that I am fighting the largest global health crisis in existence. Not only are their hundreds of millions of children and families at stake, pornography is constituting a threat to National Security from the inside out.

11. I am not going to go into my efforts to report Democratic Congressman John Mark Windle to the Inspector General in Iraq for fraud, waste, mismanagement, and sleeping with lower enlisted Soldiers in violation of General Order 1. An attempt to rehash the reprisal campaigns that followed from that involves too many intricate military related affairs. And I will always persist to fight for the integrity of the United States Armed forces so that it does not become a polluted tank of horrific corruption like the state Courts in Tennessee. If we can reverse some of the policies of the Obama Administration, our Army can become Army Strong again.

12. The Porn War scene is not really my scene. The music world is. And yet, I am asking a group of individuals to step into the fire with me. Yet, there is one thing that I have going for me in making this request. None of the people I have asked to attest have not been viciously attacked and falsely persecuted for their resolve to fight against what amounts to material forces of unconscionable evil. They might fight in different areas that I, but they have each fought in their

own way to alleviate suffering. Admittedly, I don't think that their persecution has risen to the
level of the criminal Courts being used to effectively kidnap for whistle blowing. In many
respects, these attesters have been bullied and persecuted much more severely than I have,
especially on an emotional level. I ask the attesters to give about as much credence to my
accusers claims, as they have give to their own. I ask them to disregard these distracting attacks
in the same way that I ask the Courts to disregard Professor Ford's pathetic position that Apple
and HP are blameless actors in the sex trafficking enterprise.

13. To respectfully prompt these individuals into action as a precursor, I will attest to my
personal observations and experiences in interacting with them. I expect them to provide
declarations that will assist the Federal Courts of the United States, so that the Court can have be
the privilege beneficiaries of their first hand accounts.

14. I remember reading somewhere that when David fought Goliath, he did so with five stones.
Symbolically, there are five types of groups that I have asked to provide declarations so that we
might strike down a gigantic system of verified evil.

15. STONE ONE: THE DISCARDED/REDEEMED: It is amazing how the people that society
writes off can become the most influential and powerful. Here are some of the broken redeemed,
who I have asked to provide their stories.

THE PINK CROSS FOUNDATION DIRECTOR: Shelley Lubben.  Shelley Lubben is the
founder of Pink Cross. She is in fact a former porn star, who now spends her waking hours
fighting relentlessly to rescue girls from the porn business and direct them to the same sources of
healing and restoration that saved her from a projectile towards death and destruction. I am not a
very impressive pro se. But Mrs. Lubben is. Without any legal training whatsoever, she has

appeared in Courts and at hearings to push a sin tax on pornography. She initiated legal action to require that porn stars to wear protection while filming, which she won. Having unfiltered devices is creating more and more opportunity for individuals to attempt to profiteer on the failures of global capitalism to remain moral/decent, as it once was. More girls and boys are getting into pornography, who otherwise would never have considered it, because it is more social acceptable due to our non responsiveness and denial that we are both sexual and spiritual beings. By filming porn, they create a permanent and public record of them engaging in obscene and indecent acts, with a non-spouse that creates tremendous shame, emotional distress, and relational problems that will transcend throughout the ages. (See the attached article of the young lady who just committed suicide after filming her first porn scene - and then try to explain to me how we are not in the midst of a sexual holocaust). Generally, most husbands prefer not to have the ability to see their spouse engaging in pornographic acts with a stranger at will through the use of their computer and cell phone. The friends of husband in such a scenario can also observe that activity take place as well, which makes a mockery of their fragile marriage. The children and grand children of those who engage in pornography can at any time access their ancestor engaging in pornographic acts with a stranger, which will inevitably reek havoc in their lives and lead to social welfare problems. Our society cannot survive in this kind of scenario increasing, which could provoke the establishment of a regime of total order, as has occurred in other countries in the past. I have asked Mrs. Lubben to attest to these kinds of things based on her observations and experiences herself and in rescuing guys and girls both from being seduced into creating pornography.

16. Like myself, it is my observation that Mrs. Lubben has been falsely sued by pornographers

in civil court in an effort to bully her into submission, which is similar to the Rich/Sherwood McKenzie frivolous malicious prosecution harassment lawsuit lodged against me. Although I was first falsely accused of "stalking" through a concerted reprisal effort between Mr. Rich and the District Attorney's office, and then secondly falsely accused of stalking by through a collaboration of two 17 year olds, who read about me in the press, who I do not know, and who decided to make a name for themselves by jumping on John Rich's bandwagon, Mrs. Lubben has been suffering at the hands of actual stalkers, who are pornographers, not anti-pornographers like myself. At the hands of these stalkers, Mrs. Lubben, her daughters, and the girls she is rescuing have been subjected to imminent death threats and other kinds of threats. It is a dim reflection on the legal system that lawyers in the state of California have not stepped forward to assist Mrs. Lubben in her efforts to do a great service to society itself. I hope that this Honorable Court will constitute a source of healing for Mrs. Lubben by giving power to her words and efforts. It is empirical fact that if the Court grants the injunction, the Pink Cross Foundation will receive deserved credit for having inflicted a meaningful blow to sex trafficking, strip clubs, divorce, child molestation, and the increased endangerment of law enforcement. To get familiar with Mrs. Lubben's work, I recommend that the Court visit: https://www.youtube.com/user/slubben.

17. GIRLS AGAINST PORN: Tiffany Leeper CEO of Girls Against Porn: Another person I have asked to provide her experience lives in our backyard in Nashville. This girls story is could be any Court officers daughter. Based on my interaction with her, it is my observation that Tiffany came from an upstanding background and traditional all American family. In college, she met the man of her dreams, but her fiancé became addicted to pornography after purchasing a filterless device, which destroyed their relationship and wrecked Tiffany's dreams and life,

leaving her in a persistent state of traumatization that lasted for years. To crawl out of the hole of devastation, she turned to the same source of healing and restoration that Mrs. Lupper did. Likewise, as part of her recovery, Tiffany resolved to relentlessly fights pornography to prevent other girls from suffering as she did.

18. On May 17, 2014, I was present to watch Tiffany organize a team projection bomb the Department of Justice, with demands that Defendant Eric Holder to do his job to enforce obscenity laws. I was along for the ride, and Tiffany was not aware that Attorney General Holder was a defendant here. If we lived in Iran, she and her team would have been rounded up and shot for such a protest. I have asked her to sacrifice personal comfort to provide declarations here so the Court can benefit from her experience. We cannot have our ladies in Nashville devastated in this way because Apple and HP think that it is funny that they are able to violate child obscenity laws and sell unsafe products. If the Court decides to grant the preliminary injunction, I ask that it remember the efforts of Tiffany in its order. Girls Again Porn warrant credit for any success here.

19. AUTHOR, MISSIONARY, AND SPEAKER: Matt Fradd. Mr. Fradd might have been born and raised in Australia, but he is truly an the all American gentleman. Mr. Fradd travels the country and speaks on his past struggles with pornography and how it decimated his life and endangered his family. Mr. Fradd has authored books on the subject, which includes a litany of testimonials of other victims, who are in truth victims of device makers, like Apple and HP, who purposely fail to sell their products on safe mode. It is my observation an opinion that Mr. Fraud would not have been so injured if the device makers had bothered warning him and sold their dangerous and toxic products with actual safe guards. I have asked Mr. Fradd to (1) step forward

in faith in the venue of the United States District Court of the Middle District of Tennessee, to (2) over coming personal fear, sacrificing comfort, to (3) disregard the adverse press directed my way, and to (4) provide the Court with his experiences and observations that could better assist the Court in reaching a sound decision regarding the motion for a preliminary injunction. I am not very eloquent speaker. Mr. Fradd is. To familiarize oneself with Mr. Fradd visit: https://www.youtube.com/watch?v=E9RzJGuUdOE.

20. NEW JERESY FAMILY FIRST: Gregory Quinlan. Upon information, Mr. Quinlan live in New York, working as a nurse. He fell into sexual addictions, which pornography paid a part of. Mr. Quinlan's explained to me that symbolically "Hue Hefner was his first molestor." Mr. Quinlan was recruited but homosexuals to engage in gay behavior. Because of collective consciousness of fraud, Mr. Quinlan convinced himself that he was born gay. Then most of his friends started dying of aids. Mr. Quinlan turned to the same source of healing and restoration that Mr. Fradd, Mrs. Lupper, and Mrs. Leeper did. He was enable to see through the lies homosexuality and pornography. He became straight and went into full time ministry. And now he is working to advocate traditional marriages and doing everything within his power to fight threats, such as pornography that twist reality and birth devastation. It is my observation that Mr. Quinlan is not proud of his past. But in truth, his past is a result of our failure of capitalism to place greed and lies over truth and the welfare of individuals. Mr. Quinlan spends his days fighting to defend and protect families from threats. If the Court grants the preliminary injunction, credit will be deflected onto Mr. Quinlan for his bravery to overcome and fight back to prevent the unnecessary sufferings of others.

21. STONE TWO: THE VOICE OF 1,000 YOUTH; Clay Olson Fight The New Drug. Last

Case 3:13-cv-00607 Document 98 Filed 05/27/14 Page 12 of 31 PageID #: 3404

week, one of my new tracks was on the BBC radio. I am collabing some of the biggest international artist in the world right now. I have worked in the music industry now for quiet sometime, living in Paris, London, Hollywood, Times Square, and various parts of the United States. It is virtually impossible to cause me to become star struck, as I am sure it is the same with the Court. However, Mr. Olson and his team at Fight The New Drug are the exception to the rule. Mr. Olson started Fight The New Drug, which I believe will prove to be the worst nightmare of for the implied partnership between device makers and pornographers. Mr. Olson's work is the key to ending this litigation in favor of the Plaintiff. The youth will end this sexual holocaust that the failure of adults has caused. Mr. Olson has done the unthinkable and unexpected. FTND has convinced the youth that fighting pornography is "cool." This movement is spreading like fire, and it will only increase. Mr. Olson has collected thousands of complaints from teenagers and young adults, who are begging for help from porn addiction. It is the most compelling and the most damaging assembly of evidence that I have seen to date. The voices of the victims are compelling. On May 18th, 2014, I had within my hands a copy of the assimilation of complaints. I am surprised at myself that I did not confiscate it by force. Yet, for the time being, I am respectfully requesting that Mr. Olsen sua sponte provide me and, thus, this Court with declarations and a copy of those voices of the kids, who are sharing heart wrenching testimonials. Mr. Olsen, a person of honor, has been given some pause due to the slanderous and false attacks of my adversaries, like John Rich, which Courts refused to allow me to rectify. I have asked Mr. Olsen to give as much credence to such hateful attacks directed at me, as he gives to those who maliciously post pugilistic and acrimonious comments on FTND social media sites. From the perspective of the nonlegal related public, it is a difficult concept to believe that the

Courts could be used as a vehicle for malicious prosecution and abuse of process, but in my case, it has been a way of life for years.

22. Another reason behind Mr. Olsen's hesitation could be that he must be vigilant to protect his companies brand. And having any association with a allegedly "mentally ill, perverted, disbarred, stalker" could quiet obviously pose a risk to brand dilution. I have made best efforts to persuade Mr. Olson that by providing these testimonials, he is not establishing any form of affiliation with myself - even if a single one of the slanderous allegations were true - which they are not! I only ask that Mr. Olsen provide this Court with his personal observations and opinions and a copy of the thousands of testimonials from teenagers, who are begging for relief. For the sake of Justice, I pray that he allows the voices of those children and young adults to be heard in a forum with teeth, like this one. I would like nothing more than to plop that massive collection of complaints on Chief Justice Roberts desk, if Professor Ford insists that we pay visits to that venue. FTND, on the surface, is not a faith based organization (although his personal beliefs might mirror the other would be attesters). It is an organization that was formed based on the brain science of pornography put forth by neurologist, therapist, educators, and doctors. The lawsuit I filed is equally not a religious lawsuit. It is based on the brain science as well. If Mr. Olsen bravely provides his declarations to assist the Court, Fight The New Drug will be deflected credit for the victory, if the Court wisely grants the motion for an injunction. I ask that if the Court sides with the Plaintiff's position that it address the voices in the testimonials provided by Fight The New Drug in its order so that these victims can heal. This Court has immense symbolic significance for good cause. The Court has a glorious opportunity to help these teenagers and young adults heal. There are teenagers who are literally dying over pornography.

We must stop the sexual holocaust that the dishonest and greed of adults, has inflicted upon American society, yielding catastrophic results.

23. ABOUT FTND: It is my observation that Fight the New Drug is a 501(c)3 non-profit organization. Fight the New Drug give life presentations on the harmful effects of pornography in schools (public and private) and the universities throughout North America. In just three years, the company has toured the country and presented our message to over 200 schools reaching around 150,000 teenagers. FTND are also delivering their message through social media and have gathered a following of over 80,000 young people.

24. In addition to spreading awareness, FTND assist individuals struggling with addiction to pornography through a unique online program: "Fortify." Not only do they educate teens on the harmful effects of pornography, but FTND also gives them a place to turn for help. Here is how FTND began: as college students in 2008 Clay Olsen, Cam Lee, Ryan Werner and Beau Lewis came across the science of how pornography affects the brain. After further study, they found that all across the world relationships were being destroyed and that world relationships were being destroyed and that world relationships were destroyed and that pornography was having a profound effect on sexual exploitation in our society. They couldn't believe that all of the this was happening and that nobody was talking about it. FTND started off as a side-project and a simple assembly presentation in a high school has grown into a large scale movement with thousands of supporters called "fighters" all across the United States and world.

25. FTND Unique Approach: with an expertise in marketing and media production, FTND present themselves as a youthful grassroots movement. They know that in order to get teens on board with their cause they have to be cool first and inform second, so FTND seeks to deliver

their message as peers rather than as academics or concerned adults. They are bridging the gap in understanding regarding the harmful effects of pornography among teens by delivering their content in ways that appeal to youth. Their unique marketing approach on this topic is gathering global attention because of the way teens are responding to their message. Thousands of teens around the world are joining together and growing the movement. I want their voices heard here in this lawsuit.

26. STONE THREE: PERSECUTED GROUND BREAKERS: ENGOUG IS ENOUGH CEO Donna Rice Hughes. Where to begin about Mrs. Hughes (see her endorsements). As a woman who is nearly 60 years old, she has the spirit of a college student. Mrs. Hughes is part of the first wave of attack on this war. She has been directly and personally involved in this fight before device makers incorporated the internet into their machines, as their paramount selling point. As someone who has gone on mission trips overseas, I have observed and witnessed a phenomenon called "compassion fatigue." Yet, Mrs. Hughes has Soldiered through fight after fight without the adequate legal support to give sharp teeth to her well intended causes to protect children and families. She, like myself, has been the target of nefarious and malicious reprisal campaigns, masked through the instruments of legitimate governmental action.

27. When I was in process of reporting Congressman Windle to the Inspector General in Iraq, the tactic employed by the politician was to use the combat stress clinic to silence my voice. (That activity of course violated DOD statutes, which should have lead to substantial accountability on the Mr. Windle and his shameless coconspirator MAJ Lewis). The goal of Congressman Windle, like the goal of the Board of Professional Responsibility, and the Nashville District Attorney's office, was merely grind me to powder so that I would lose resolve,

time, and my complaints would be in effective, when in truth all they have managed to accomplish is to fuel my fire to combat the sources of evil that stalk our society. (see ADA Tammy Meade's collaboration with John Rich and Mrs. Sherwood/McKenzie pending in criminal before the Honorable Judge Fishburn is merely increasing my resolve to combat the realities of evil).

28. By carrying the fight against pornography, Mrs. Hughes has been fighting the dark side of global capitalism and corporate conglomeration. She is a direct threat to the supporters of politicians and the pocket books of entities like Apple, playstation, Dell, Verizon, HP, Samsung, and so forth. It is no wonder that the IRS maliciously and deliberately targeted her. The IRS's goal was to grind this woman's operations, which was predicated on valor, love, grace, and purity in the defense of families, children, and decency to a total stand still. As a Court Officer, this makes my blood boil as it should the Court's. This woman has been viciously persecuted for years. The IRS dastardly accused Enough is Enough of a series of frivolous ethical violations in regards to accounting, which called into question its character for honesty. This is the exact same thing that the Alaskan Ethics commission did when it buried Vice President Candidate Sara Palen with inquiries as a form of harassment because of her value system. Mrs. Hughes false attacks on her character identically mirror Mrs. Krisann Hodges and Mrs. Nancy Jones, at the BPR, malicious attempts to oppress me for reporting Mrs. McKenzie, ADA Jackson, and Mr. Ramsey to the police and board for (1) obstruction of justice, (2) conspiracy to commit attempted bribery to justify the hundreds of thousands of dollars paid out by John Rich, and (3) intimidation of a witness. I reported Mr. Ramsey's and Mrs. Sherwood/McKenzie's libel in the media, and the Board not only gave them total immunity, they viciously began harassing me

because of their is a "good ole boy" network that exposes Tennessee to be a dreadfully backwards place that should be avoided at all cost by investors. (Welcome to Nashville Professor Ford). (I will start speaking to would be infrastructure investors about these things until Governor Haslam decides that he should start rectifying these unparalleled sewage of corruption under his watch; since after all, money appears the only thing that makes some of these people listen, as Apple and HP have proven).

29. Upon interacting directly with the wonderful person that Mrs. Hughes is, I am reminded of a saying we have in the military, "no good deed goes unpunished," but that must change, and it can change if this Court provides the relief sought. Senator McCain, said it best when he explained that the pain he experienced in frivolous inquiries before a Senate Ethics commission, which called into question his veracity for integrity, was vastly more intense than the pain he experiences from physical torture at the hands of his captors in the Hanio Hilton POW camp in Vietnam. Mrs. Hughes has been subjected to comparable emotional torture at the hands of wicked IRS commission that is void of honor and adequate checks and balances. Suffice it to say, I can relate to a much lesser extent to the persistent and outrageous emotional torture that the IRS subjected Mrs. Hughes to for years. Having a secular humanism based system of government, without adequate checks and balances has proven to be a complete disaster, and the unwarranted antagonizations of Mrs. Hughes demonstrates that reality with convincing clarity.

30. Upon information and belief, Mrs. Hughes was forced to spend over $90,000 in attempting to ward off the IRS's targeted onslaught. All Mrs. Hughes has done to deserve these attacks is to fight to protect against the outrageous victimization as a result of the seamless interconnected continuum between device makers, pornographers, strip clubs, sex traffickers, and child

molesters. If Defendant Eric Holder would merely enforce obscenity laws against device makers, Mrs. Hughes would not be having to survive through so much persistent victimizations at the hands of hypocritical government institutions. There is a polarization in America that is going to continue to widen, and this gap has nothing to do necessarily with merely conservative and liberal, but on spiritual and nonspiritual basis that will come to a head. We simply cannot have a society that can get away with persecuting heroes like Mrs. Hughes and expect it to flourish. I ask that Mrs. Hughes provide her declaration so that the Court of the United States can take it into account before deciding the motion for an injunction. If the Court rules in my favor, I ask that it consider Mrs. Hughes' suffering in its order, and show honor to her years of work. Mrs. Hughes is an author, and with what she knows, she has done her best to combat this silent epidemic and public health crisis with uncommon valor.

31. Dr. Judith Reisman: Dr. Reisman might be one of the most logical people on the planet. Her assessments of the realities of evil and the horrors of hell unleashed onto the American public following the liberal media's support of the Kinsey report is outstanding. This women breaths truth, which makes her a threat to the proponents of greed. The amount of reprisal she has faced for merely proclaiming the truth in love, looks like my systemic persecution look like a summer stroll through Central Park. She was maliciously sued by Playboy in Amsterdam, as a retaliatory mechanism. She won, but it was a horrifically unjust abuse of process and malicious prosecution to begin with. She was the target of three Congressional hearings as a result of her findings on the harms of pornography. This targeting demonstrates the failures of Congress in this area and the realities that the pornography is tied into global capitalism. Thank God for the Courts, who are strictly required to be immune to politics and only moved by the strict application of the law.

32. There needs to be a statute erected for Mrs. Reisman for her life's work to debunk lies that have been the justification for the sexual holocaust that exists today in American culture. I want the Federal Government to provide Dr. Reisman for the outrageous persecution that she has been subjected to. Like Mrs. Hughes, Mrs. Reisman has been fighting not just pornography. She is fighting greed of corporate conglomerates, who are self focused. Reisman's words cuts the state of total ignorance that we are living in to shreds. I recommend that the Court familiarize itself with Mrs. Reisman.

https://www.youtube.com/watch?v=B-un-M2ePCg

https://www.youtube.com/watch?v=B-un-M2ePCg

33. STONE FOUR: THE FIGHTERS: I am in the process of asking Hand Of Hope, A21, She's Somebodies Daughter, The Heart Of The Matter, Pure Hope, ect to provide their observations and experiences about how filterless devices, Pornography, sex trafficking, child exploitation is a seamless interconnected continuum and public health crisis. They have relevant testimony that is amassed through their day to day operations. I hope that the adverse media about me that was spuriously promulgated for political purposes does not poison the well and prohibit these people from providing the Court with their observations and experiences so that it can better make a sound decision regarding my request for an injunction.

34. STONE FIVE: PROBLEM SOLVERS: Covenant Eyes CEO and Net Nanny CEOs.

Unfortunately, I do not have a computer science degree. I am not computer literate. All I know about Net Nanny and Covenant Eyes is that they have been working on ways to make the Defendants products safer. I also know that they do not have control over the decisions made at

Apple and HP, nor do they have insider knowledge of how these products work. They cannot predict the changes in technology that device makers undergo, who are activity working to defeat the filtering technology in order to target youth and breed addiction/codependency in furtherance with the alignment with predatory pornographers. Based on my observations, Covenant Eyes and Net Nanny's very existence is evidence that the Defendants products are dangerous and defective. As a laymen, it is my feeling that it is not the job of a third party to make a manufactures product safe. What was specifically said at my meetings with Covenant Eyes and Net Nanny is secondary to the state of mind of their owners. I left both meetings under the strong impression that both Net Nanny and Covenant Eyes love the ideas behind this lawsuit and that they would be thrilled to work directly with Apple and HP to develop the solution to sell their products on safe mode. "That would be excellent!" was the excited utterance/reaction of both CEOs after I informed them that I would ask this Court to consider ordering the Defendants to partner directly with these organizations, if the Defendants allege that they do not have a solution, so that their hazardous products would not leave the manufacturing plant without being set in a safe condition by default in compliance with obscenity laws. Based on my direct interaction, I believe that if this Court order Apple and HP to work with Covenant Eyes and Net Nanny, they would be completely and entirely on board, and they would have the ability to collectively develop software that would make these devices much safer, if and only if, a direct partnership was mandated by Court order. Instead of partnering with predatory pornographers, I have asked Covenant Eyes and Net Nanny to provide declarations so that this Court can consider ordering the Defendants to partner with them. If the Court ordered the Defendants to do that, the Defendants would be able to legitimately masquerade as selling family friendly products. Apple

and HP are, therefore, out of excuses when it comes their defense that they do not have the technology to make their products safe. If Apple and HP would prefer to provide their own internal filtering solution that establishes actual accountability and safety, not sham accountability and misdirection, then so be it. Yet, Apple and HP cannot say that they do not have the ability to make their products safe.

35. I would like to give the Court a window into Covenant Eyes based on my personal experience of gathering information about them. Upon information, in 1992, Mr. Dehaas first wife and two children, Pat, Anne, and Stephen, were killed in tragic automobile accident. It was a major life event for him. Mr. Dehaas turned to the same source of healing and reservation that the other "would be" attesters have turned to. While experience devastating emotional suffering at the loss of his family, Mr. Dehaas was convinced that all families are a precious gift that warrant absolute protection from unwarranted peril. That is, while he was morning the loss of his family, he morned the potential loss of all families. Mr. Dehaas felt that pain so deeply that he decided to answer a calling to protect all families as much as he could from destruction and loss. Eventually, Mr. Dehaas remarried and had additional children.

36. In 2000, Mr. Dehaas had a couple of teenage sons who were using devices that were designed to expose them to the content on the internet, and he realized that there were a multitude of dangers of using filterless devices that associated with pornography. He had to find a way of not being around when his children were using the family computer products. Its impossible for parents to be around to monitor portable devices. Mr. Dehaas considered the pornographic content distributed by the device makers like the Defendants to be an immediate threat to his family. When Mr. Dehaas realized the threat that the filterless devices posed on his

family, he considered that threat to be threat to all families and children. From a settlement that he received following the accident that ended my first family, he used the money to start Covenant Eyes to prevent other families from the pain of loss that exposure to pornography constitutes.

37. While Mr. Dehaas's intentions are noble, it should not be the job of a purchaser to seek out filtering software to make the product sold from the manufacture safer. Such a contention is flagrantly outrageous and violates the spirit of the fundamentals of tort law. These products should already be sold with this software activated and in place to protect us desensitization, hijacked dopamine receptors, depleted oxytocin, and the cultivation of depraved heart syndrome - as proven by Apple and HPs malicious refusal to comply with my nonnegotiable demand.

38. <u>Consent:</u>  It is my observation and experience that what Apple and HP fail to understand is that consent is something that is spread out across a continuum. For example, once a girl is seduced into the world of pornography and prostitution, her ability to say no virtually goes out the door. The same is true with drug use and viewing pornography. Once a person decides to use drugs once, it becomes harder to "just say no" again.  It is not by mistake that pornographers give "free samples of pornography" on their website. In doing so, they are like tobacco companies going to the school play ground and passing out cigarettes to children. Once a person has been exposed to pornography, whether intentionally or unintentionally, it becomes harder not to interact with it again. This is especially true if there is warning about the adverse biological and neuro-chemical impact that takes place. This is why I demand that intentionally merely be shifted onto those who want to see pornography (1) be over the age of 18 as mandated by the plain

language of existing obscenity statutes and (2) take affirmative steps to work with the seller to have the filter deactivated.

39. It is my feeling that this case is merely a glorified domestic one, where the Court should make the best interest of children paramount, even if it is at the expense of the dark side of corporate conglomerate exploitation practices.

40.  MILITARY MATTERS:

On May 21, 2014, I was at a meeting inside of the Pentagon. The topic was, in effect, this lawsuit. The paramount take away from the meeting was that the Military wants/needs me to win this case. I can assure the reader that I was not invited there because I am a "mentally ill, disbarred, perverted, stalker," as those who have tried to poison the well of my plights to facilitate a culture of honor and a return to the values of our founding father's have alleged.  I cannot go into all of the details, regarding those matters but I can go into some.  I will exclusively attest to my personal feelings and observations which may or may not be the exact feelings of the Military.

41. Sexual assault and divorce is a major problem in the Military currently, which is hurting public perception and recruiting.  Since the evidence shows that pornography promote sexual voyeurism, promiscuity, and sexually deviant conduct, the military could be responsive on the preventative side of the house. The proposed solution is to promulgate regulations in that require all service members to have filters on their personal lap tops and cell phones that they bring onto a military installation, if the device will be on base for more than 72 hours.

42. As a Judge Advocate, it has been my experience that the best way to handle a disciplinary problem in the military is at the lowest level. Prevention is a commanders best friend. Most of us Judge Advocates did not join the military because we hoped to prosecute fellow Soldiers. We joined to better ourselves and the lives of others, while promotion the interest of the greater good and facilitating the rules of law that mirrored the spirit of our founding Fathers. "Prevention" is a commanders "best friend." The United States Military can take action on its end to decrease the instances of sexual assault by the mandate of a filtering program. I left the meeting at the Pentagon under the impression that if the Court awards the relief I seek, it will make it easier on the Military to implement such a program. This is because their will be fewer moving parts and less parties to deal with, on top of the fact, that the filtering system will be most effective if it comes from the manufacturer itself.

43. Accordingly, in this lawsuit, I have asked the Court to set up a system of accountability, which requires that all products sold by the device maker leave the manufacturer on a default safe mode (opted out). If the purchaser is over 18 and wants to deactivate the software he can do so by showing proof of I.D. and expressing his desire to have the filter removed. Even though our service members are over 18, they would be required to maintain their devices that were brought on an installation on safe mode. The Military should not have to fool with a third party filtering program to make the Defendants products safe. (I don't care if the Court's decision puts all prospective third party filtering companies out of business because the interest of children is paramount over all other considerations.) The Defendants should be ordered by this Court to modify its products to make them safe to help facilitate the mission of the United States Armed Forces. If the Court does not grant the relief that I seek, it will make the fulfillment of that

mission much more difficult. Additionally, the denial of my request is prejudicial to good order and discipline and could constitute the ratification of sexual assault in the same way that the Military could ratify it if they are not more proaction to facilitate prevention. Through the findings of institutions like the Witherspoon Institute, the Military and the Court cannot deny the connection between sexual crimes, pornography, and the failures of device makers to provide safe products. It goes without saying that Apple and HP are proponents of sex trafficking and sexual assault, by virtue of their willful refusal to comply with my demand to shift intentionality.

44. The G1 and G2 at the Pentagon can authorize this operation through the combined push of the Chaplains and JAG core, which is in effect. Inside a military unit the S6 shops (communication and technology) at the Battalion/Squadron levels, can be responsible for checking the filtering software. Company Commanders and First Sergeants can include device checks as part of standard inspections, as part of the SOP. In pain English, what that means for Professor Ford, is that if the Court orders the injunctions, the military realistically has the means and infrastructure to make our branches of service decrease the instances of sexual assault by removing hardcore pornography off of the Soldiers' person.

45. Many Soldier's join the Military to escape the toxic and addicting influences of the civilian world. America is living in a culture of addiction and dysfunction. Recruits join to become better men and women of character, virtue, and honor. By the imposition of a filtering system that shields their hearts and minds from pornography, they can progress as they desire. Additionally, after the repeal of "Don't Ask Don't Tell" by the President, hundreds of Soldiers have left the service, who were their on a volunteer basis to being with because they believe in advancing the

values of our Founding fathers. The United States Military must remain the strongest military in the world. This will only occur if our policies align with universal morality (not President Obama's peculiar version of it) and if the military is made up primarily of individuals, who make personal sacrifices to serve on a volunteer basis, which improves the quality of service member in our ranks. If the Military consists of individuals who serve because they have no other option, then our Military will be on par with other Nations, losing its special exceptionability. The implementation of filtering program in the Military will constitute a source of pride and courage, raising moral and sending a message to the Soldiers about the way men and women should perceive and treat one another. If the Court grants the injunction, it will realistically be facilitating this operation and strengthening National Defense assets and society itself. I lodge this case, not to promote my band as a wrecked scoundrel like Tim Cook would suggest to the international press. I have moved also in the furtherance of National Security interest that are paramount for the continued success and stability of the United States.

46. As a result of the American Family Association's efforts, pornography was removed from the PX stores on military installations. This was a positive insofar as it further symbolically shows that the Military does not support the objectification of women; however, the removal was merely a hollow victory. The problem is that an endless supply of highly graphic and morbidly perverse sexual content is on the persons of the Soldiers in the form of their laptops and cell phone devices. Accordingly, to have real progress made in this area to cut back on instances of sexual assault, a filtering system must be mandated. To make the fulfillment of that mission pragmatically plausible, the Courts must require device makers to modify their products to make

them safer for use.

47. Due to the growing demand for child exploitation and sex trafficking, "the ease of access," and the projected legalization of Marijuana, more and more cartels are shifting into the sex enterprise. Upon information, downloading pornography can expose a users device to a host of viruses, some of which could lead to a security breach, if a Soldier was using his device to download porn and for military purposes. The Military is vigilant about guarding against security breaches. For example in Afghanistan and Iraq, the Military operates off hyper secure networks - NIPER and SIPER. Accordingly, not only would the imposition of a mandatory filtering system impose by this Court help reduce instances of sexual assault, it would also improve the security of the United States from cyber terrorism. These are my personal operations and feelings based on my experiences, as a combat Judge Advocate in Iraq and based on my meetings inside the Pentagon.

48. "We all know that I can practice law. I am practicing law as you read this sentence. If you cannot read, it does not mean that I am not practicing law." The real reason that I have had my law license in Tennessee mutilated and is because I embrace the value system of our founding fathers, which has made me into what amounts to an enemy of the state of Tennessee, which is rife with hardcore corruption. The reason that I wear a GPS tracking device strapped to my leg and am constantly harassed by ADA Meade, Mrs. Sherwood/McKenzie, and Mrs. McCluskey (who maliciously scheme to revoke my bond at every possibility) is not because they even remotely believe that I have "stalked" the has been Country singer, John Rich, who has been my opponent in civil litigation for eight years, or and fat girl 17 year old girl, who has already been

caught in lies by making false reports to Judge Moreland and who admitted that she read about John Rich's stalking charges and the back lash of pornography lawsuit before she decided to hitch her future to John Rich's bandwagon. I wear the GPS because I have been marked as an enemy of the state because I speak out against corruption and because I advance the value system of our founding fathers. To suggest otherwise, would be a total and complete denial of objective reality that makes the state of Tennessee grossly backwards to being with.

49. On May 24, 2014, in the lowest East Side Manhattan, I watched the movie: "Ai Weiwei: The Fake Case," which is a movie about an artist in China, who is trying to compel the Government of China to act more reasonably, in the same way that Tiffany was asking Eric Holder to do so through her projection bomb mission at the DOJ. The movie begins with this quote: *"No, painting is not made to decorate apartments, it's an offensive and defensive weapon against the enemy." Pablo Picasso*. I felt that it was fitting: https://soundcloud.com/ghostwars/mercy.

50. I solute all of those who are engaging in the war against pornography, especially the persecuted ones, who stand against the dark side global capitalism and bring it forth into the light so that we might all have the chance at having a better future.


Chris Sevier declares under the penalty of perjury, pursuant to 28 USC sec 1746 the above is accurate.

_____