# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| **Chris Sevier**<br><br>**Plaintiff**<br><br>**V.**<br><br>**Apple Inc, et al**<br><br>**Defendants** | | **CASE NO: 3:13-cv-00607**<br><br>**Honorable Judge Campbell** |

## DECLARATIONS OF FORMER PORN STAR JAN VILLARUBIA

I, Jan Villarubia, declare under the penalty of perjury, pursuant to 28 USC sec 1746 as follows:

1. My name is Jan Villarubia. I am over 18.

2. I am a former Porn Star, a psychology major, and a chaplain who now helps women escape the porn industry. Based on my personal experiences over the past several years and my education I can attest to the following:

Pornography was socially constructed to the detriment of women. Porn is a pandemic, there is nothing natural or civil about the acts that transpire in pornography nor is any porn employee treated in a civil manner. There are more ramped STD's and secondary negative effects in the porn industry than there are in any other industry. Porn is a leading culprit in the decline of family morals and ethics. Although taken slightly out of text, the philosopher Thomas Hobbes

(1588-1679) believed that perception is nothing more than motion, senses that are the driving force of all other emotions or motions within us (Moore & Bruder, 2008, p. 114). How does this apply to the porn industry? If our inner motion or emotion is derived from our external motions and perceptions and these motions are mere properties that do not exist, it can arguably be stated that porn, which permeates people's minds with fallacious fantasy's in turn leads people to believe that this fantasy filled perception is pragmatic when in fact it is not.

3. It is my observation, experience, and opinion that Porn gives a false sense of immediate gratification, the more porn someone views the more sexually driven and animalistic they will become. Real satisfaction eludes the porn addict because like in any other addiction, a temporary fix only leads to a need for another temporary fix. Porn is not an answer to happiness or satisfaction in a relationship. There is nothing adult about the adult industry. Real happiness can never come from such a vulgar industry because sensual knowledge is subjective.

When a woman enters into porn she is "predestined" to become nothing more than a "natural object". I walk a fine line. I reach out to women in the porn industry from a political, personal health, and safety point of view. I want women to make informed decisions before entering the porn industry and while they are in the industry. I want them to realize that they are not objects and that they were made for greater things than the abuses they will suffer at the hands of pornographers.

4. I concur with Murasaki Shikibu (978-1026) was the only female Eastern philosopher of her time. She saw a need for a reformation, a movement of acceptance and impartiality for women.

She believed that women were not meant to be objectified and fought for her beliefs even though she faced severe persecution. Murasaki Shikibu's character Ukifune is comparable with me and my cause. Ukifune was not only raped like I was, but she was socially punished for her rape and was made to believe that her only worth was in becoming a prostitute (Moore & Bruder, 2008, p. 560). Much in the way Ukifune was defiled; the porn industry defiled and shunned me. They made me suffer and then made it seem as if they were completely innocent. The porn industry preys on low self-esteem and low self-worth. This is another reason why it is my moral responsibility to reveal the truth behind the fantasy of porn and your obligation to protect women and children.

The feminist philosopher Mary Wollstonecraft (1759-1797) asserted that raising women to be nothing more than "ornamental playthings" for men would not only have a severe societal impact, but have detrimental effects on women as a whole. She argued that women who are raised in such a manner could never be a functional mother, wife, lover or a positive example (Moore & Bruder, 2008, p. 475). Women are not lesser creatures than men, yes we may be more emotionally driven, but that does not make us weak. Wollstonecraft made an excellent point regarding viewing women as inferior objects of lust filled entertainment when she suggested that if women have no other aspirations than to become a submissive point of passion for a man, she will become weak, without moral character, and void of all emotions (Moore & Bruder, 2008, p. 476).


5. Men are also victims of pornography. After all pornography consists of men manipulating other men for money, and using women as objects in the process. It is conditioning a systemic

epidemic that highjacks the capability for intimacy and bonding. Pornography is merely

showing a man something he may never actually have in real life. Every time a man "gets off" to

pornography, he is moving a step closer to not being able to have a real relationship. There is a

chipping away in increments that occurs. Device makers should be required to warn their

customers what their products are exposing them to.

6. There is no question about the quantity of porn and pornographic related items in society.

Porn is easy to find, in fact 25% of all internet based search engine requests are pornographic,

that's a staggering 68 million a day. However, how has porn increased society's quality of life?

How has porn brought more quality to society's overall happiness? It has not. I believe Mill best

sums this up in his philosophical belief that intelligent people will prefer quality and

unintelligent people will prefer quantity and their ignorance (Moore & Bruder, 2008, p. 305).

7. This Honorable Court can make a difference. It is not too late. Think of all the lives,

relationships, and families the Court can save by implementing preset filters that make

reasonable attempts to block pornography on your products. Please take these precautions; please

do NOT add to the plethora of porn that is already over saturating our society. Please care

enough to take action. Please let my voice be heard. Please do not allow the past to repeat itself.

Please cut back on the number of victims in society. Please stop the suffering.

8. Based on my observation and experience, pornography has generated a public health crisis.

I, Jan Villarubia, declare under the penalty of perjury, pursuant to 28 USC sec 1746 as

Jan Villarubia