IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER | ) |
| | ) |
| v. | ) NO. 3-13-0607 |
| | ) JUDGE CAMPBELL |
| APPLE, INC., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 131), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The result of the Report and Recommendation is adopted and approved, but the reasoning is not. Defendants' Motion to Dismiss the First Amended Complaint (Docket No. 60) is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE