# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| Chris Sevier<br><br>Plaintiff<br><br>V.<br><br>Apple Inc, Hewlett-Packard, | | CASE NO: 3:13-cv-00607<br><br>Honorable Judge Campbell |
|---|---|---|

## NOTICE OF FILING PROOF OF SUMMONS

NOW COMES, I, Chris Sevier, filing proof of summons of the original complaint onto Apple's counsel. Apple's counsel did not respond. Also, summons of the original complaint is being executed onto Apple itself. I waiting for the return of service. Also, here is a response in opposition to Planned Parenthood's motion to dismiss, which does have relevance for this case as well.

/s/Chris Sevier/
9 Music Square South
Nashville, TN 37203
615 500 4411
ghostwarsmusic@gmail.com

## CERTIFICATE OF SERVICE

This motion was served on opposing counsel through ECF/PACER Filing System to the Defendants Attorney's of record to Tom Wiseman at tom@wisemanashworth.com, and Professor Ford at sford@lightfootlaw.com on this 20th day of October 2014.

/s/Chris Sevier/