IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 3:13-00607 |
| vs. | ) JUDGE CAMPBELL/KNOWLES |
| | ) |
| | ) |
| APPLE, INC., HEWLETT PACKARD, | ) |
| | ) |
| Defendants. | ) |

# ORDER

This matter is before the Court upon the pro se Plaintiff's "Motion to Nonsuit only the Federal Actors, Eric Holder, Edith Ramirez, and Mike O'Reilly . . . ." Docket No. 118. No Response has been filed to the Motion.

The Court further notes that Plaintiff subsequently filed a "Notice of Voluntary Withdrawal [sic] of Claims Against Eric Holder, Mike O'Reilly, Edith Ramirez." Docket No. 130. Once again, no Response was filed.

For the foregoing reasons, the instant Motion (Docket No. 118) is GRANTED.[1]

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge

---

[1] The Court notes that these three Defendants were previously terminated following the filing of Docket Nos. 118 and 130.