IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER | ) |
| | ) |
| v. | ) NO. 3-13-0607 |
| | ) JUDGE CAMPBELL |
| APPLE, INC. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 232); Objections, in the form of a Motion to Reconsider, filed by the Plaintiff (Docket No. 241); and a Response (Docket No.247), filed by the Defendant.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss, included in Defendant's Response to the Court's Order (Docket No. 219), is GRANTED, and this action is DISMISSED with prejudice. Any other pending Motions are DENIED as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE