IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER | ) |
| | ) |
| v. | ) NO. 3-13-0607 |
| | ) JUDGE CAMPBELL |
| APPLE, INC. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Reconsideration (Docket No. 249), to which Defendant has filed a Response (Docket No. 251).

Plaintiff has failed to carry his burden of showing that the requirements of Fed. R. Civ. P. 59 or 60 have been met. Accordingly, Plaintiff's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE