No.  15-6250

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CHRIS SEVIER,                                     )
                                                  )
          Plaintiff-Appellant,                    )
                                                  )
v.                                                )
                                                  )          O R D E R
APPLE, INC., et al.,                              )
                                                  )
          Defendants-Appellees.                   )

FILED

Jan 20, 2016
DEBORAH S. HUNT, Clerk

The plaintiff appeals the dismissal of his complaint under Federal Rules of Civil

Procedure 8, 41, and 12(b)(1).  The plaintiff now globally moves for an extension of time to file

his brief, to set briefing contemporaneously with Case No. 15-5345, for permission to double any

applicable page limit on prospective filings, and for electronic filing privileges.

Upon review, the plaintiff's motion for an extension is GRANTED.  The plaintiff shall be

granted an additional 30 days from the date of this order in which to file his brief.

The balance of the motion is DENIED.  Case No. 15-5345 remains is abeyance pending

the district court's resolution of the post-judgment motions.  *See* Federal Rule of Appellate

Procedure  4(a)(4)(B)(i).  The relationship between the cases will be noted on the docket,

however.

The motion to double the applicable page limit on prospective filings is DENIED.  The

plaintiff's filings shall conform to the limits set forth in the Federal Rules of Appellate

Procedure.  *See also* 6 Cir. I.O.P. 28(a) ("Briefs in excess of the lengths provides by the rules are

seldom permitted.").   Finally, the request for electronic filing privileges is DENIED.  *See* 6th

No. 15-6250
- 2 -

Cir. R. 25(b)(2)(A) (requiring *pro se* parties to file in paper).  The plaintiff may register and track

case progress as a Public Interested Person.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 20, 2016

Chris Sevier
Nine Music Square, S.
Apartment 247
Nashville, TN 37203

Re:  Case No. 15-6250*, Chris Sevier v. Apple, Inc.*
Originating Case No. : 3:13-cv-00607

Dear Sir,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Mr. Jeffrey Paul Doss
Ms. Sara Anne Ford
Mr. Keith Throckmorton

Enclosure