# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 09, 2016

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 15-6250, *Chris Sevier v. Apple, Inc.*
    Originating Case No. : 3:13-cv-00607

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Lauren Dixon
     Mr. Jeffrey Paul Doss
     Ms. Sara Anne Ford
     Chris Sevier

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-6250

_____

Filed: November 09, 2016

CHRIS SEVIER

       Plaintiff - Appellant

v.

APPLE, INC.

       Defendant - Appellee

 and

HEWLETT-PACKARD COMPANY; ERIC H. HOLDER, JR., Attorney General, United States Attorney General; MIKE O'REILLY, in his capacity at the Federal Communications Commission; EDITH RAMIREZ, Chairman Of The Federal Trade Commission; JUDITH G. REISMAN

       Defendants

## MANDATE

   Pursuant to the court's disposition that was filed 09/06/2016 the mandate for this case hereby issues today.

COSTS:  None